AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| AMERICAN BANCARD, LLC D/B/A TOUCHSUITE and AB SPE II, LLC | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 9:18-CV-80681 |
| EAST PAYMENT SOLUTIONS, INC., FBS PAYMENT SOLUTIONS, LLC, MICHAEL BEN-SIMON and JACOB BEN-SIMON | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EAST PAYMENT SOLUTIONS, INC.,
c/o Registered Agent: Michael Ben-Simon
7361Calhoun Place, Suite 470
Rockville, MD  20855

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles M. Tatelbaum
c/o Tripp Scott, P.A.
110 S.E. 6th Street, Suite 1500
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*